# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALKA CERVIN,<br><br>          Plaintiff(s),<br><br>vs.<br><br>BONNIE BONAVITA, et al.,<br><br>          Defendant(s). | Case No. 2:17-cv-00252-APG-NJK<br><br>ORDER<br><br>(Dkt. No. 1 – IFP Application) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff has not filled out the official form application for this District. *See id.*; *see also* Local Special Rule 1-1. Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is hereby **DENIED** without prejudice. The Court **INSTRUCTS** the Clerk's Office to mail Plaintiff two blank copies of this District's form application to proceed *in forma pauperis*, with instructions. Plaintiff shall have until March 3, 2017 to file a renewed application that complies with the Local Rules.

IT IS SO ORDERED.

Dated: February 1, 2017

                                                                _____
                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge